Opinion filed August 23, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 23, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00239-CV 

                                                    __________

 

                IN THE INTEREST OF A.T., M.T., AND S.T., CHILDREN

 



 

                                          On
Appeal from the 35th District Court

 

                                                          Brown
 County, Texas

 

                                             Trial Court Cause No. CV 06-06-252

 



 

                                             M
E M O R A N D U M   O P I N I O N

Rue
Terpening has filed in this court a motion to dismiss this appeal.  The motion is granted, and the appeal is
dismissed.

 

PER
CURIAM

 

August 23, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.